Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff GUILLERMO ROBLES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE MELTING POT RESTAURANTS, INC. d/b/a THE MELTING POT FONDUE RESTAURANT, a Florida corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 2:17-cv-01237-JAK-PLA<br>Hon. John A. Kronstadt<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: February 15, 2017<br>Trial Date: None Set |

NOTICE OF SETTLEMENT

1

Please take notice that Plaintiff, GUILLERMO ROBLES and Defendant, THE MELTING POT RESTAURANTS, INC., by and through their counsel of record, have reached a settlement and are presently drafting, finalizing, and executing the formal settlement documents.  The appropriate motions and/or stipulation of dismissal will be promptly filed upon execution of a final settlement agreement.

## CERTIFICATE OF SERVICE

I certify that on June 5, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: June 5, 2017  **MANNING LAW, APC**

By: */s/ Michael J. Manning, Esq.*
Michael J. Manning, Esq.
Joseph R. Manning, Jr., Esq.
Tristan P. Jankowski, Esq.

Attorneys for Plaintiff,
GUILLERMO ROBLES