Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq.  (State Bar No. 286879)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff

Kathy H. Gao (State Bar No. 259019)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: (213) 612-2500
Fax: (213) 612-2501
Kathy.gao@morganlewis.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual, | Case No.: 2:17-cv-01237-JAK-PLA |
| Plaintiff, | Hon. John A. Kronstadt |
| v. | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE MELTING POT RESTAURANTS, INC. d/b/a THE MELTING POT FONDUE RESTAURANT, a Florida corporation; and DOES 1-10, inclusive | Complaint Filed: February 15, 2017<br>Trial Date: None Set |
| Defendants. | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between Plaintiff, GUILLERMO ROBLES and Defendant, THE MELTING POT RESTAURANTS, INC., by and through their counsel of record, that this action be dismissed with prejudice.  The parties to this Stipulation are to bear all of their respective costs, fees, attorneys' fees, and any and all other associated expenses.  On June 5, 2017 a notice of settlement was filed by the parties and the Court subsequently terminated this action.  However, a condition of the settlement entered into by the parties was that the action be dismissed with prejudice.  The parties now respectfully request that the Court dismiss this action in its entirety with prejudice.

Dated: July 18, 2017               **MANNING LAW, APC**

                                   By:   */s/ Michael J. Manning, Esq.*
                                         Michael J. Manning, Esq.
                                         Joseph R. Manning, Jr., Esq.
                                         Tristan P. Jankowski

                                         Attorneys for Plaintiff


Dated:  July 18, 2017              **MORGAN, LEWIS & BOCKIUS LLP**

                                   By:   */s/ Kathy H. Gao*
                                         Kathy H. Gao
                                         Attorney for Defendant

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: July 18, 2017                    **MANNING LAW, APC**


By:  */s/ Michael J. Manning, Esq.*
      Michael J. Manning, Esq.
      Joseph R. Manning, Jr., Esq.
      Tristan P. Jankowski

     Attorneys for Plaintiff